# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Case #3:19-cv-00-122-LRH-WGC

SAMANTHA LANDERS

    Plaintiff(s),

vs.

RAINBOW MARKET, JOHN DOES 1-10

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Alan J Reinach_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Church State Council
(firm name)

with offices at 2686 Townsgate Road,
(street address)

Westlake Village, California, 91361,
(city) (state) (zip code)

(805)413-7396, ajreinach@churchstate.org.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Samantha Landers to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/24/1998 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Southern District of New York | 9/26/1989 | 2191526 |
| U.S. District Court, Eastern District of New York | 10/26/1989 | 2191526 |
| U.S. District Court, Eastern District of California | 5/24/1999 | 196899 |
| U.S. District Court, Central District of California | 1/26/1999 | 196899 |
| U.S. District Court, Northern District of California | 8/24/2012 | 196899 |
| State of California | 11/24/1998 | 196899 |
| State of New York | 3/22/1988 | 2191526 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association.
State Bar of California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                *[signature]*
                                                Petitioner's signature

STATE OF   California   )
                                     )
COUNTY OF   Ventura   )

        Alan J. Reinach    , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                               *[signature]*
                                                Petitioner's signature

Subscribed and sworn to before me this :

                    See Attached form

_____ day of _____, _____.


_____
                Notary Public or Clerk of Court


### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Christian Gabroy  ,
                                                                                 (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

   The District at Green Valley Ranch 170 S. Green Valley Parkway, Suite 280   ,
                                                       (street address)

   Henderson   ,   Nevada   ,   89102   ,
    (city)                  (state)          (zip code)

  (702)295-777  ,                        .
(area code + telephone number)    (Email address)

                                                                               Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Christian Gabroy__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Samantha Landers
(type or print party name, title)

_____
(party's signature)
*Samantha Landers* (signature)
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8805       Christian@gabroy.com
Bar number        Email address

APPROVED:
DATED this 26th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Ventura__ )

On __March 5, 2019__ before me, __Etelia Warden__,
    *Date*                           *Here Insert Name and Title of the Officer*

personally appeared __Alan Jay Reinach__
                                *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
*Signature of Notary Public*

ETELIA WARDEN
Notary Public – California
Ventura County
Commission # 2225989
My Comm. Expires Dec 21, 2021

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Petition – Nevada Court__
Document Date: __3/5/19__      Number of Pages: __5__
Signer(s) Other Than Named Above: __Ø__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer — Title(s): _____     ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General     ☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact     ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator     ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____     ☐ Other: _____
Signer Is Representing: _____     Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

# United States District Court

Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Alan J. Reinach__, Bar No. __196899__

was duly admitted to practice in this Court on __January 5, 1999__
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __March 25, 2019__
*Date*

KIRY K. GRAY
Clerk of Court

By _/s/ Lupe Thrasher_, Deputy Clerk