# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMANTHA LANDERS, | CASE NO.: 3:19-cv-00122-LRH-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| LENARD LOPER d/b/a RAINBOW MARKET #2, | |
| Defendant. | |

Plaintiff Samantha Landers and Defendant Lenard Loper dba Rainbow Market #2, by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear their

///

///

///

///

own attorney's fees and costs.

DATED this 28th day of August, 2019

BY: /s/Alan J. Reinach, Esq.
ALAN JAY REINACH, ESQ., *pro hac vice*
ajrliberty@gmail.com
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Phone: (805) 413-7396
Fax: (805) 497-7099

*Attorneys for Plaintiff*

DATED this 28th day of August, 2019

BY: /s/Anthony L. Hall, Esq.
ANTHONY L. HALL, ESQ.
AHall@hollandhart.com
RICARDO N. CORDOVA, ESQ.
RNCordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Fax: (775) 786-6179

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED this 29th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE